# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LAURA BISHOP,

      Plaintiff,

v.                                  CASE NO.  4:14cv67-RH/CAS

BOARD OF TRUSTEES OF NORTH
FLORIDA COMMUNITY COLLEGE,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO AMEND THE ANSWER

The defendant's unopposed motion, ECF No. 10, for leave to amend its

answer is GRANTED.  The amended answer, ECF No. 11, is deemed filed as of

April 21, 2014.

SO ORDERED on April 21, 2014.

                          s/Robert L. Hinkle_____
                          United States District Judge