IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAURA BISHOP,

    Plaintiff,

v.                                    CASE NO. 4:14cv67-RH/CAS

BOARD OF TRUSTEES OF NORTH
FLORIDA COMMUNITY COLLEGE,

    Defendant.

_____/

ORDER EXTENDING THE DEADLINE FOR
PRODUCING DOCUMENTS AND AUTHORIZING
DISCOVERY EXTENSIONS BY AGREEMENT

    The defendant's unopposed motion, ECF No. 8, to extend the deadline for responding to the plaintiff's first production requests is GRANTED. The deadline is extended to April 23, 2014. By agreement, the parties may—without a court order—extend any other deadline for a Federal Rule of Civil Procedure 26 disclosure or for responding to a discovery request, so long as the extended deadline is not after the overall discovery deadline in the case. *See* Fed. R. Civ. P. 29(b).

    SO ORDERED on April 21, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge